1474

## MOTION DOCKET

98–1586.  State v. Murphy.
Franklin C.P. No. 97CR052877. On application for reopening under S.Ct.Prac.R. XI(5). Application denied.